1194

No. 05–8364.  WEST v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 05–8365.  WILLIAMS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–8366.  WALKER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–8368.  VALENZUELA-LUNA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8369.  NAVARRETE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–8372.  AUSTIN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 05–8373.  BROWN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 05–8375.  MURRAY v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–8377.  ONE MALE JUVENILE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–8378.  MEDINA-TORRES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–8379.  MONTENEGRO-RECINOS v. UNITED STATES. C. A. 8th Cir.  Certiorari denied.

No. 05–8381.  O'HALLORAN v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 05–8382.  WINTERS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–8383.  WILSON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 05–8385.  CIRIACO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 05–8386.  JENKINS ET AL. v. CLERK, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.  C. A.

11th Cir. Certiorari denied. ▮

No. 05–8389. VILLARREAL-MEDINA v. UNITED STATES; and DE LOS SANTOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8390. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8391. VASQUEZ-ALEJOS, AKA MAYA-GALVAN v. UNITED STATES; RAMIREZ-SANTANA v. UNITED STATES; and NIEVES-ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8393. THIBODEAUX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8397. DELGADO v. MORGAN, SUPERINTENDENT, WASH-INGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 05–8399. RANSOM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8402. BELMONTE-MARTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8403. BATES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8404. BOLTE v. KOSCOVE ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–8405. BRANCH v. BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–8406. BOOS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8407. BARNETT v. BLEDSOE, WARDEN. C. A. 4th Cir. Certiorari denied.